**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION**

MARY ALICE STENNETT                                                                                          PLAINTIFF

V.                                                                             CIVIL ACTION NO. 1:12-CV-00079-SA-DAS

TUPELO PUBLIC SCHOOL DISTRICT                                                                     DEFENDANT

## ORDER

Pursuant to the Memorandum Opinion issued this day, Defendant's Motion for Summary Judgment [44] is GRANTED. The Court finds Plaintiff has failed to establish a genuine issue of material fact as to whether Defendant's legitimate, non-discriminatory reasons for failing to hire her were pretextual.

SO ORDERED on this, the 1st day of October, 2013.

  /s/ Sharion Aycock_____
**UNITED STATES DISTRICT JUDGE**