IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

MARY ALICE STENNETT                                                          PLAINTIFF

V.                                                        CAUSE NO. 1:12-CV-79-SA-DAS

TUPELO PUBLIC SCHOOL DISTRICT                                         DEFENDANT

AGREED ORDER OF DISMISSAL

On motion of the parties, the Court is advised that Tupelo Public School District and Mary Alice Stennett have compromised and settled this case and, for that reason, any and all claims by or on behalf of Mary Alice Stennett in this action are hereby dismissed with prejudice with each party to bear their own costs.

**SO ORDERED, this the 24th day of November, 2015.**

                                            /s/ Sharion Aycock
                                        **UNITED STATES DISTRICT JUDGE**

The Following Agree to Entry
of the Above and Foregoing Order:

s/Jim Waide
Attorney for Plaintiff

s/Berkley N. Huskison
Attorney for Defendant